AO 440 (Del Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    DELAWARE

NEW CINGULAR WIRELESS PCS, LLC

**SUMMONS IN A CIVIL ACTION**

V.

KENT COUNTY AND
KENT COUNTY DEPARTMENT
OF PLANNING SERVICES

Case Number:

**TO:** (Name and address of Defendant)

Michael J. Petit de Mange
Director
Kent County Department of Planning Services
Kent County Administrative Complex
555 Bay Road
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael F. Bonkowski, Saul Ewing LLP, 222 Delaware Avenue, Suite 1200,
P.O. Box 1266, Wilmington, DE 19899-1266; (302) 421-6863

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you server on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK    _[signature]_

(By) DEPUTY CLERK

DATE _5/18/06_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  5-22-06 |
| NAME OF SERVER *(PRINT)*  Marian Hogan | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Kent County Department of Planning Services 555 Bay Road Dover DE 19901 Service Accepted By Kathy Skinner at 7:11 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-22-06
              Date

Signature of Server:  Marian Hogan

Address of Server:  32 W. Loockerman Square Ste. 109 Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.