

Michael F. Bonkowski
Phone: (302) 421-6863
Fax: (302) 421-5869
mbonkowski@saul.com
www.saul.com

**SAUL EWING**
Attorneys at Law
A Delaware LLP

*Celebrating 85 years of service.*

August 1, 2006

**VIA CM/ECF ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Judge
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   Cingular v. Kent County, et al.
           No.: 06-334
           Our File No.: 19518-91133

Dear Judge Robinson:

    A scheduling conference in the above-referenced case is set for this Friday, August 4, 2006. I write to request that the conference be taken off the calendar pending further communication from the parties. The reasons for the request follow.

    The complaint in this action challenges certain ordinances of Kent County that, inter alia, allegedly violate the Telecommunications Act of 1996. As a consequence of the complaint, Kent County has enacted new legislation that addresses the core of the allegations here. It is the view of both parties that the County's actions may moot this case. However, Cingular continues to consider the new legislation and exactly how to move forward from here (e.g., and without limitation, dismissal with or without privilege). Therefore, the parties respectfully request that the scheduling conference be taken off the calendar pending Cingular's determination on these issues.

    Fred Townsend, Esquire, counsel for Kent County, joins in this request.

    Should Your Honor require further information, we stand ready at the call of the Court.

                                      Respectfully,

                                      Michael F. Bonkowski (I.D. #2219)

MFB/mvd
cc:   Fred Townsend, Esquire (Via CM/ECF Electronic Filing)
       Pamela Scott, Esquire

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

539094.1 8/1/06      A DELAWARE LIMITED LIABILITY PARTNERSHIP