IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW CINGULAR WIRELESS PSC LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 06-334-SLR<br>) |
| KENT COUNTY and KENT COUNTY DEPARTMENT OF PLANNING SERVICES, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 7th day of March 2008, the parties having notified the court that the above captioned case would be dismissed; and there being no activity in this case since August 1, 2006;

IT IS ORDERED that the case is dismissed without prejudice for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge